IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

RAYMOND L. FLOWERS, )
)
Petitioner, )
)
vs. ) No. CIV-08-708-W
)
BRUCE HOWARD, Warden, )
)
Respondent. )

## ORDER

On July 16, 2008, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this matter and recommended that the Motion for Leave to Proceed in Forma Pauperis filed by petitioner Raymond L. Flowers be denied because Flowers has sufficient financial resources to pay the filing fee. Flowers was advised that the action would be dismissed unless he paid the full filing fee of $5.00 to the Clerk of the Court by August 5, 2008.

The docket indicates that in response to the Report and Recommendation, Flowers paid the filing fee in full on July 23, 2008. See Doc. 7.

Accordingly, the Court

(1) ADOPTS the Report and Recommendation to the extent that Magistrate Judge Purcell recommended that Flowers' Motion for Leave to Proceed in Forma Pauperis be denied;

(2) hereby DENIES Flowers' Motion for Leave to Proceed in Forma Pauperis [Doc. 2] file-stamped July 14, 2008; and

(3) because Flowers has now complied with Magistrate Judge Purcell's Report and

Recommendation, RE-REFERS this matter to Magistrate Judge Purcell for further proceedings.

ENTERED this 24th day of July, 2008.

_____
LEE R. WEST
UNITED STATES DISTRICT JUDGE